```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

CHRISTOPHER ALLEN BUSH,          :

    Petitioner,              :

v.                               :
                                   CIVIL ACTION 07-166-CB-M

KENNY JONES,                     :

    Respondent.              :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

DONE this 24th day of September, 2007.

                                        *s/ Charles R. Butler, Jr.*
                                        SENIOR UNITED STATES DISTRICT JUDGE